# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**KATHY HARRELL**                                                                                         **PLAINTIFF**

v.                                                                          CAUSE NO. 1:17CV4-LG-RHW

**ALLSTATE PROPERTY & CASUALTY**
**INSURANCE CO., ET AL.**                                                      **DEFENDANTS**

## AGREED JUDGMENT OF DISMISSAL

This cause comes before the Court *sua sponte*, the parties having announced in open court that they have reached a compromise and settlement of all pending claims in this matter. As the Court wishes to remove this matter from its docket;

**IT IS ORDERED AND ADJUDGED** that this action be, and it is hereby dismissed with prejudice with each party to bear its own costs. By agreement of the parties, the Court hereby retains jurisdiction to enforce the settlement agreement. If any party fails to consummate the settlement agreement within thirty (30) days, any aggrieved party may move to reopen the case for enforcement of the settlement agreement. Upon hearing any motion for enforcement of the settlement agreement, the Court may award attorneys fees and costs to the prevailing party.

**SO ORDERED AND ADJUDGED** this the 9th day of February 2018.

                                             s/ *Louis Guirola, Jr.*
                                             Louis Guirola, Jr.
                                             U. S. District Judge